No. 745, Misc. WEINBERGER v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 750, Misc. QUON v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 762, Misc. WAGER v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 766, Misc. YOUNG v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 767, Misc. MORGAN v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 774, Misc. PEARSON v. GRAY, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 684, Misc. CLARK v. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM. Court of Criminal Appeals of Texas. Certiorari denied. 

No. 698, Misc. FLETCHER v. PENNSYLVANIA. Supreme Court of Pennsylvania, Western District. Certiorari denied. 

No. 701, Misc. LYON v. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM. Court of Criminal Appeals of Texas. Certiorari denied. 

No. 938. MOCCIO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Michael P. Direnzo* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.